AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

_____

The Moorish Militia et alia
_____
*Petitioner*

v.

Middlesex House of Correction
_____
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. _____
*(Supplied by Clerk of Court)*

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF [...]
2021 DEC 14 PM 3:00

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Jamil Rasul Bey
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Middlesex House of Correction
   (b) Address: 269 Treble Cove Road
       Billerica, MA 01862
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:
   _____

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Middlesex Superior Court 200 Tradecenter Drive Woburn, MA 01801
   (b) Docket number, case number, or opinion number: [2181CR365]
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Superior Courts pretrial detention of 180 days.
   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes          ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: Pending Trial

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: **Pending Trial**

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes    ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: **Pending Trial**

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes    ☒ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d)  Did you appeal the decision to the United States Court of Appeals?
☐ Yes        ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes        ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Notice of Removal
(b) Name of the authority, agency, or court: Middlesex Superior Court
(c) Date of filing: 10/6/21
(d) Docket number, case number, or opinion number: [2181CR365]
(e) Result: No response
(f) Date of result:
(g) Issues raised: Pursuant to Federal Rules of Civil Procedure 28 USC § 1331; 28 USC § 1332 the above referenced State case must be litigated in federal Court.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** _See attached affidavit_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND TWO:** _See attached affidavit_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND THREE:** _See attached affidavit_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND FOUR:** See attached affidavit

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Pending Trial

**Request for Relief**

15. State exactly what you want the court to do: Since I'm being restrained of my life, liberty, and pursuit to Happiness, I am seeking immediate release from this unlawful detention.

**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**MEMORANDUM OF LAW SUPPORTING FACTS**

### PRESENTMENT OF FACTS

1. **GROUND ONE:**

Violation of my aboriginal human and unalienable birthrights to a nationality and self determination, violation of my rights to a vizier of my national state wheretheir public defender forced upon me further prolong the unlawful detention of my body.

2. **GROUND TWO:**

Denationalizing me to force jurisdiction over my body where no crime or injured party who is a citizen or subject of the United States exist or property damage.

3. **GROUND THREE:**

Violating my inalienable rights to travel freely in my natural habit sercure in my papers and effects based on stero types discrimination and unfounded opinions.

4. **GROUND FOUR:**

Detention of my body under threat duress and coercion passed 190 days with no injured party or probable cause for arrest nor crime exist and my right to be heard is being denied.

Date 12/10/21                                           **In Propia Persona**

                                           **Jamil Rasul Bey UCC 1-202/308**

                                           **All Rights Reserved Without Prejudice**

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 12/10/21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/10/21

Signature of Petitioner: *[signature]* UCC 1-202/308 A.R.R. Without Prejudice

Signature of Attorney or other authorized person, if any