UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMIL RASUL BEY,

    Petitioner,

    v.                                    Civil Action No. 21-12046-ADB

MIDDLESEX HOUSE OF CORRECTION,

    Respondent.

## FINAL ORDER OF DISMISSAL

In accordance with the order dated December 15, 2021, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 12/15/2021                            By the Court,

                                              /s/ Karen Folan
                                              Deputy Clerk